**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Joel D. Mallory v. J.P. Morgan Chase Bank, N.A. Chase Home
                         Finance, L.L.C. and Codilis & Stawiarski, P.C.

Appellate case number:   01-14-00998-CV

Trial court case number:  2010-64487

Trial court:             151st District Court of Harris County

      Appellant's Motion for Reinstatement filed April 24, 2015 and Appellant's Supplemental Motion for Reinstatement, which we interpret collectively as a motion for rehearing of our March 24, 2015 opinion, are **DENIED**.

      It is so ORDERED.

Judge's signature: ____/s/_ Rebeca Huddle
                X  Acting for the Court

Panel consists of Justices Jennings, Higley, and Huddle

Date:  May 21, 2015